[No. 32957-3-II.  Division Two.  October 17, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEWIS BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02596-8, John A. McCarthy, J., entered March 4, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 33177-2-II.  Division Two.  October 17, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RIC TOWNE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00883-1, Russell W. Hartman, J., entered April 8, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 33246-9-II.  Division Two.  October 17, 2006.]

GRANT & ASSOCIATES, *Respondent*, v. MARGARET GONZALES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-13536-8, Gary Tabor, J., entered April 15, 2005. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 33424-1-II.  Division Two.  October 17, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. KRISTAL LEAH PARR, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00401-2, James R. Orlando, J., entered May 24, 2005. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.